UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

J Brockton Holbert,

Debtor.

Chapter 7
Case No. 21-50100

Erik A. Ahlgren, Trustee,

Plaintiff,

vs.

Adv. Pro. 21-05006

Lucinda Miller,

Defendant.

## STIPULATION FOR ACCEPTANCE OF SERVICE

Nicole Anderson, Anderson & Associates, LLC, 1650 11th Ave SW #203, Forest Lake, MN 55025, hereby represents that she is authorized to, and hereby does, accept service of the summons and complaint in the above-captioned matter on July 29, 2021.

Dated: July 30th, 2021

**ANDERSON & ASSOCIATES, LLC**

By: /s/ Nicole Anderson
Nicole Anderson (#0336038)
Attorneys for Defendant
1650 11th Avenue SW, Suite 203
Forest Lake, MN 55025
Telephone: (651) 464-8510
Facsimile: (651) 464-8513