# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case. No. 21-50100 |
| J. Brockton Holbert, | Chapter 7 |
| Debtor. | |
| Erik Ahlgren, Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-05006 |
| Lucinda Miller and MAG Law Offices, PC, | |
| Defendants. | |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

At Duluth, Minnesota

This matter came before the Court for hearing on February 16, 2022 on the Motion for Summary Judgment by MAG Law Offices, PC [Dkt. No. 29]. The Plaintiff filed a response [Dkt. No. 31]. Appearances were made at the hearing by Erik Ahlgren as the Plaintiff; Nicole Anderson for Lucinda Miller; and Michael Sheridan and Joseph Kantor for MAG Law Offices, PC. Based on the record,

**IT IS HEREBY ORDERED:**

1. For the reasons stated on the record at the February 23, 2022 status conference, the Motion for Summary Judgment filed by MAG LAW Offices, PC [Dkt. No. 29] is **DENIED** without prejudice.

**BY THE COURT:**

Date: *February 24, 2022*

*/e/William J. Fisher*
_____
William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/24/2022*
Tricia Pepin, Clerk, by KN